468 A.2d 841

Com. ex rel. Walling v. Roth.

Appeal of: Richard H. Walling.

Petition for Allowance of Appeal
Denied Feb. 28, 1984.

Argued October 12, 1983. Jeffery R. Sommer, for appellant; Stephen G. Heckman, Assistant District Attorney, for Commonwealth, participating party.

Before SPAETH, President Judge, POPOVICH and HOFFMAN, JJ.

Order affirmed.